IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EARL PRICE,

        Petitioner,                   No. CIV S-06-1865 MCE KJM P

    vs.

B. CURRY,

        Respondent.            <u>ORDER</u>

_____/

        Petitioner has requested an extension of time to comply with the court's order of October 19, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's November 13, 2006 request for an extension of time is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to comply with the court's October 19, 2006 order.

DATED: November 29, 2006.

                                              _____
                                              U.S. MAGISTRATE JUDGE

1/bb
pric1865.111