IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EARL PRICE,**<br><br>                                        Petitioner,<br><br>        v.<br><br>**B. CURRY, et al.,**<br><br>                                        Respondents. | CIV S-06-1865 MCE KJM P<br><br>**ORDER ON RESPONDENTS'**<br>**REQUEST FOR ENLARGEMENT**<br>**OF TIME** |

GOOD CAUSE APPEARING,

IT IS ORDERED that Respondents' application for a first enlargement of time is hereby granted. A responsive pleading to the petition for writ of habeas corpus shall be filed on or before July 25, 2007.

DATED: July 2, 2007.

_____
U.S. MAGISTRATE JUDGE