IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **EARL PRICE,**<br><br>Petitioner,<br><br>v.<br><br>**B. CURRY, et al.,**<br><br>Respondents. | 2:06-cv-1865 MCE KJM P<br><br>**ORDER ON RESPONDENTS' REQUEST FOR ENLARGEMENT OF TIME** |

GOOD CAUSE APPEARING,

IT IS ORDERED that Respondents' application for a second enlargement of time is hereby granted. A responsive pleading to the petition for writ of habeas corpus shall be filed on or before August 25, 2007.

DATED: July 26, 2007.

_____
U.S. MAGISTRATE JUDGE

Order on Respondents' Request for Enlargement of Time

1