IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EARL PRICE,** | 2:06-cv-1865 MCE KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **B. CURRY, et al.,** | |
| Respondents. | |

IT IS ORDERED that Respondents' application for a third enlargement of time is hereby granted. A responsive pleading to the petition for writ of habeas corpus shall be filed on or before September 7, 2007.

DATED: August 30, 2007.

_____
U.S. MAGISTRATE JUDGE

Order

1